IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SCORPCAST, LLC dba HAULSTARS,<br>Plaintiff,<br><br>v.<br><br>BOUTIQUE MEDIA et al.,<br><br>Defendants. | Case No.: 2:20-CV-00193-JRG<br><br>LEAD CONSOLIDATED CASE |

**DECLARATION OF CHRISTOPHER M. GERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JOINDER OF MG FREESITES LTD**

I, Christopher M. Gerson, declare:

1. I am a partner at the law firm of Venable LLP and counsel to Defendants in the above-captioned matter. I respectfully submit this declaration in support of Defendants' opposition to Plaintiff's motion for joinder of MG Freesites Ltd.

2. **Exhibit 1** to this Declaration is a true and correct copy of an excerpt from the May 5, 2020 capture by the Wayback machine of the website, https://www.pornhubselect.com/information#TermsConditions (last accessed March 1, 2021).

3. **Exhibit 2** to this Declaration is a true and correct copy of the Original Complaint for Patent Infringement, Dkt. No. 1, filed in *Scorpcast, LLC dba HaulStars v. MG FreeSites Ltd*, Case No. 6:20-cv-00877-ADA (W.D. Tex.).

1

4. **Exhibit 3** to this Declaration is a true and correct copy of the MG Freesites's motion to transfer venue to the District of Delaware, Dkt. No. 21, filed in *Scorpcast, LLC dba HaulStars v. MG FreeSites Ltd*, Case No. 6:20-cv-00877-ADA (W.D. Tex.).

5. **Exhibit 4** to this Declaration is a true and correct copy of Scorpcast's Disclosure of Asserted Claims and Infringement Contentions and Exhibit D thereto served upon defendant *All 4 Health SRL in Scorpcast, LLC dba HaulStars v. All 4 Health SRL*, Case No. 2:20-cv-00192-JRG (E.D. Tex.).  Explicit materials contained in this exhibit were redacted, and "Pornhub" has been highlighted.

6. **Exhibit 5** to this Declaration is a true and correct copy of HaulStars's Disclosure of Asserted Claims and Infringement Contentions and Exhibit A thereto served upon defendant *Bravomax Services Limited in Scorpcast, LLC dba HaulStars v. Bravomax Serv. Ltd.*, Case No. 2:20-cv-00210-JRG (E.D. Tex.).  Explicit materials contained in this exhibit were redacted, and "Pornhub" has been highlighted.

7. **Exhibit 6** to this Declaration is a true and correct copy of HaulStars's Disclosure of Asserted Claims and Infringement Contentions and Exhibit A thereto served upon defendant *KB Productions, LLC in Scorpcast, LLC dba HaulStars v. KB Prods., LLC*, Case No. 2:20-cv-00198-JRG (E.D. Tex.).  Explicit materials contained in this exhibit were redacted, and "Pornhub" has been highlighted.

Executed in New York City, New York.

Dated: March 8, 2021            */s/ Christopher M. Gerson*
                                       Christopher M. Gerson