### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |  |
|---|---|---|
| | § | |
| SCORPCAST, LLC d/b/a HAULSTARS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00193-JRG-RSP |
| | § | (LEAD CASE) |
| BOUTIQUE MEDIA, ALL 4 HEALTH | § | |
| SRL, KB PRODUCTIONS, LLC, | § | |
| MANICA MEDIA SL, OANASUN | § | |
| ENTERTAINMENT SRL, and | § | |
| BRAVOMAX SERVICES LIMITED, | § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM ORDER

Before the Court are seven motions:

- Motion to Strike Plaintiff Scorpcast, LLC's Infringement Contentions in part Under Patent Rule 3-1(b) and Compel Infringement Contentions Complying with Patent Rule 3-1(c), filed by Defendant All 4 Health SRL, Dkt. No. 108[1];

- Motion to Strike Plaintiff Scorpcast, LLC's Infringement Contentions in part Under Patent Rule 3-1(b) and Compel Infringement Contentions Complying with Patent Rule 3-1(c), filed by Defendant Boutique Media, Dkt. No. 111;

- Motion to Strike Plaintiff Scorpcast, LLC's Infringement Contentions in part Under Patent Rule 3-1(b) and Compel Infringement Contentions Complying with Patent Rule 3-1(c), filed by Defendant Bravomax Services Limited, Dkt. No. 114;

---

[1] In the future, the Court prefers that motions which are substantively identical be filed in as few motions as possible, rather than filing several substantively identical motions.

- Motion to Strike Plaintiff Scorpcast, LLC's Infringement Contentions in part Under Patent Rule 3-1(b) and Compel Infringement Contentions Complying with Patent Rule 3-1(c), filed by Defendant KB Productions, Dkt. No. 116;

- Motion to Strike Plaintiff Scorpcast, LLC's Infringement Contentions in part Under Patent Rule 3-1(b) and Compel Infringement Contentions Complying with Patent Rule 3-1(c), filed by Defendant Manica Media SL, Dkt. No. 118;

- Motion to Strike Plaintiff Scorpcast, LLC's Infringement Contentions in part Under Patent Rule 3-1(b) and Compel Infringement Contentions Complying with Patent Rule 3-1(c), filed by Defendant Oanasun SRL, Dkt. No. 120 (collectively the "Defendants' Motions); and

- Motion to Compel Discovery from Defendants ("Plaintiff's Motion"), filed by Plaintiff Scorpcast, LLC d/b/a HaulStars ("Plaintiff"), Dkt. No. 126.

After briefing, the Court heard these motions on March 23, 2021. *See* Dkt. No. 148. This Order summarizes the rulings at that hearing, and the transcript shall provide clarifying details, if needed.

After consideration and for the reasons discussed during the hearing, the Court **GRANTS-IN-PART** the Defendants' Motions. The Court gives the Plaintiff two (2) weeks, from the date of the hearing, to amend their infringement contentions in the manner expressed by the Court during the hearing.  It is therefore **ORDERED** that the Plaintiff amend their contentions by April 6, 2021.

Plaintiff's Motion is **DENIED-AS-MOOT** without prejudice. During the hearing, the parties represented they would meet-and-confer in order to resolve the issues raised in Plaintiff's Motion. Plaintiff may re-urge their motion at a later date, if necessary.

**SIGNED this 26th day of March, 2021.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE